IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KENNY KEION GIBSON                                                                              PLAINTIFF

v.                                         Case No. 6:22-cv-06020

DEPUTY DYLAN PARSONS and
DEPUTY JON HAYNES                                                                              DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed on August 23, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 22. Judge Bryant recommends dismissing Plaintiff's Complaint (ECF No. 1) without prejudice. ECF No. 22. Specifically, Judge Bryant explains that "Plaintiff has failed to keep the Court apprised of his current address as required by Local Rule 5.5(c)(2). Plaintiff has failed to comply with a Court Order. Plaintiff has failed to prosecute this matter." ECF No. 22, at 2.

Plaintiff has not objected, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**. Further, because the instant order adopting the Report and Recommendation dismisses the action, Defendants Deputy Dylan Parsons and Deputy Jon Haynes's Motion to Extend Dispositive Motion Deadline or Alternatively Motion to Dismiss Based on Failure of Plaintiff to Update His Address as Ordered by This Court (ECF No. 25) is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 3rd day of October, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge